

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00247-CV

Sonja **CAMPBELL**,
Appellant

v.

David **CAMPBELL**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2019CV00288
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed: August 14, 2019

DISMISSED

On May 28, 2019, we ordered appellant to clarify by June 7, 2019, which judgment or order appellant wishes to appeal from. *See* TEX. R. APP. P. 25.1(d)(2). The Clerk of Court sent appellant a copy of our order by first class mail, but the letter was returned to our court as undeliverable. After the letter was returned, a deputy clerk of our court sent appellant an electronic message to the email address appellant had provided to us when she filed her appeal; the message, however, was undeliverable. A deputy clerk also called the phone number appellant had provided to us when she filed her appeal, and the deputy clerk left a voicemail message requesting that

appellant call our court and update her email address and phone number with us. Appellant has not called our court in response. On June 25, 2019, we ordered appellant to show cause in writing by July 10, 2019, why this appeal should not be dismissed for want of prosecution and for failure to comply with a court order. *See* TEX. R. APP. P. 42.3. We sent a copy of our July 10, 2019 order to appellant by first class mail and email, but our letter and electronic message were undeliverable. Appellant has not responded to our July 10, 2019 order or otherwise prosecuted her appeal since we issued our first order on May 28, 2019. Therefore, we dismiss appellant's appeal for want of prosecution and for appellant's failure to comply with a court order. *See id.*

PER CURIAM